IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
NOV - 5 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) No. | 1:19CR000177AGF/ACL |
| vs. | ) | |
| JOHN F. QUIGLEY, | ) | 18 U.S.C. § 922(j) |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

Beginning on August 16, 2017, and continuing through December 28, 2018, in Butler County, within the Southeastern Division of the Eastern District of Missouri,

**JOHN F. QUIGLEY,**

the defendant herein, did knowingly possess stolen firearms, to-wit:

1. Sig Sauer, Model P226, SN: 47A065051, .40 caliber pistol;
2. Ruger, Model SR9C, SN: 334-11571, .40 caliber pistol;
3. Glock, Model 19, SN: ACMT210, 9mm pistol;
4. Smith and Wesson, Model 442, SN: CLY2807, .38 special revolver;
5. Sig Sauer, Model SP2022, SN: 24B233221, .40 caliber pistol;

which had previously been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

A TRUE BILL.

JEFFREY B. JENSEN
UNITED STATES ATTORNEY                    FOREPERSON

_____

KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY