IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:19CR00177 AGF |
| | ) | |
| JOHN F. QUIGLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO COURT'S ORDER
CONCERNING RULE 12(b) DISCLOSURE**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen,

United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant

United States Attorney for said District, and for the Government's Response in accordance with

the Court's Order Concerning Pretrial Motions, states as follows:

**RULE 12(b) DISCLOSURE**

Rule 12(b)(4)(B) provides:

"At the arraignment or as soon thereafter as is practicable defendant may,
in order to afford an opportunity to move to suppress evidence under Rule
12(b)(3)(C), request notice of the government's intention to use (in its evidence in
chief at trial) <u>any evidence which defendant may be entitled to discover under
Rule 16.</u>   (emphasis added)

In accordance with the dictates of Rule 12(b)(4)(B) the Government intends to use the

following referenced evidence at trial:

1. **Relevant Written or Recorded Statements**

The relevant written or recorded statements made by the defendant which are within the

possession, custody or control of the Government are as follows:

(a)     Body camera recordings of officers, including recorded interview of defendant by
ATF Special Agent Beth Dallas on November 6, 2019.

2.     **Written Records Containing Substance of Oral Statements**

The written records containing the substance of any relevant oral statements made by the
defendant in response to interrogation by any person then known to the defendant to be a
government agent are as follows:

(a)     Report of Investigation of ATF Special Agent Beth Dallas regarding the interview
of defendant on November 6, 2017.

3.     **Grand Jury Testimony**

The defendant has not testified before a grand jury relating to the offense charged.

4.     **Other Relevant Oral Statements**

The defendant has not made any other relevant oral statements in response to
interrogation by any person then known by the defendant to be a government agent which the
Government intends to use at trial.

5.     **Defendant's Prior Record**

A copy of defendant's prior record, along with a complete copy of the investigative file
held by the Government at this time, has been provided to counsel for the defendant.

6.     **Documents and Tangible Objects**

The Government may introduce into evidence in its case in chief the following items
which could arguably be subject to suppression:

(a)     Firearms seized throughout the investigation and referenced in the reports of ATF
Special Agents, including:

1. Sig Sauer, Model P226, SN: 47A065051, .40 caliber pistol;
2. Ruger, Model SR9C, SN: 334-11571, .40 caliber pistol;
3. Glock, Model 19, SN: ACMT210, 9mm pistol;
4. Smith and Wesson, Model 442, SN: CLY2807, .38 special revolver;
5. Sig Sauer, Model SP2022, SN: 24B233221, .40 caliber pistol;

(b)     Items referenced in the Reports of Investigation of ATF Special Agents Beth

Dallas, Timothy Miller, Zachary Green, Casey Cook, Kristen Ellerbusch, and

John Taylor and ATF Task Force Officer Robert Dees;

(c)     Consent to Search forms and Property Receipts for items seized;

(d)     Firearm Transaction Records;

(e)     Search Warrant for defendant's residence, along with the Application, Affidavit,

and Receipt for Property;

(f)     Data downloaded from electronic devices;

(g)     Photographs taken following the execution of the search warrant and following

the consent search of defendant's vehicle;

(h)     Advice of Rights and Waiver signed by defendant;

(i)     Items referenced in the MSHP Report of Sergeant Jeffery Johnson;

(j)     Written Affidavit of witness dated December 5, 2019;

(k)     Surveillance video from October 16, 2019;

(l)     Recorded interviews of witnesses.

7.     **Reports of Examinations and Tests**

The Government may introduce into evidence in its case in chief testimony regarding the

following reports of examinations and tests:

3

(a)     Interstate nexus report on the firearms, a copy of which will be provided upon

receipt by the government.

8.      **Expert Witnesses**

The Government may introduce into evidence in its case in chief the following testimony

of expert witnesses:

(a)     ATF Special Agent, who will testify in accordance with his interstate nexus

report.

JEFFREY B. JENSEN
UNITED STATES ATTORNEY


/s/ Keith D. Sorrell
KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736


**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, the foregoing was filed electronically with
the Clerk of the Court to be served by operation of the Court's electronic filing system upon the
following:

Jennifer Booth
Attorneys for Defendant

/s/ Keith D. Sorrell
KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY